IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIC ANDRÉ and CLAYTON ENGLISH,                )
                                               )
                                               )
        Plaintiffs,                            )       CIVIL ACTION NO.
                                               )       1:22-cv-04065-MHC
v.                                             )
                                               )
CLAYTON COUNTY, GEORGIA;                       )
ET AL.                                         )
                                               )
        Defendants.                            )

## **ORDER**

Having considered the Consent Motion for an Order (1) Extending the Time for Clayton County, Georgia to Respond to Plaintiffs' Complaint and (2) Denying Defendants' Motion to Dismiss (Doc. 18) and Motion to Stay (Doc. 19) as Moot, and for good cause shown, the Motion is GRANTED.  IT IS HEREBY ORDERED that the time in which Defendant Clayton County, Georgia may file its answer or otherwise respond to the complaint is hereby extended through and including January 16, 2023.

The Court DENIES AS MOOT the individual defendants' Motion to Dismiss based on insufficient service of process and lack of personal jurisdiction (Doc. 18) and Motion to Stay Discovery (Doc. 19).  All of Defendants' defenses, except for challenges to service of process and personal jurisdiction, are hereby reserved.

- 2 -

**IT SO ORDERED** this ___ day of _____, 2022.

_____

**Mark H. Cohen**
United States District Judge