UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC ANDRE, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>CLAYTON COUNTY, GEORGIA, et al.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-4065-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Dated at Atlanta, Georgia, this 5th day of September, 2023.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                  By:    s/Jill Ayers
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 5, 2023
Kevin P. Weimer
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk