IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC ANDRÉ and CLAYTON ENGLISH,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY, GEORGIA; KEVIN ROBERTS, in his official capacity as Chief of the Clayton County Police Department; AIMEE BRANHAM, individually and in her official capacity as a police officer of the Clayton County Police Department; MICHAEL HOOKS, individually and in his official capacity as an investigator of the Clayton County District Attorney; TONY GRIFFIN, individually and in his official capacity as a police officer of the Clayton County Police Department; KAYIN CAMPBELL, individually and in his official capacity as a police officer of the Clayton County Police Department; and CAMERON SMITH, individually and in his official capacity as a police sergeant of the Clayton County Police Department.<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-04065-MHC |

## NOTICE OF APPEAL

Notice is hereby given that Eric André and Clayton English ("Plaintiffs") appeal to the United States Court of Appeals for the Eleventh Circuit from the final

judgment entered on September 5, 2023 (Doc. 41), which incorporates the Order Granting Defendants' Motion to Dismiss (Doc. 40) and all orders and rulings that merge into the final judgment.

Respectfully submitted this 3rd day of October, 2023.

| | |
|---|---|
| Peter C. Canfield<br>  (Georgia Bar No. 107748)<br>**CANFIELD LAW LLC**<br>34 Inman Circle NE<br>Atlanta, GA 30309<br>Telephone: (678) 296-5413<br>pccanfield@gmail.com<br><br>Barry Friedman*<br>**POLICING PROJECT**<br>**AT NYU SCHOOL OF LAW**<br>Washington Square Legal Services, Inc.<br>40 Washington Square South, Ste 302<br>New York, NY 10012<br>Telephone: (212) 992-6950<br>barry.friedman@nyu.edu<br>* *Admitted Pro Hac Vice* | /s/ *Richard H. Deane, Jr.*<br>Richard H. Deane, Jr.<br>  (Georgia Bar No. 214875)<br>Rebecca M. Nocharli<br>  (Georgia Bar No. 633621)<br>**JONES DAY**<br>1221 Peachtree St. N.E., Suite 400<br>Atlanta, Georgia 30361<br>Telephone: (404) 521-3939<br>Facsimile: (404) 581-8330<br>rhdeane@jonesday.com<br>rnocharli@jonesday.com<br><br>Allegra J. Lawrence<br>  (Georgia Bar No. 439797)<br>Rodney J. Ganske<br>  (Georgia Bar No. 283819)<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree St., NW, Ste 1650<br>Atlanta, Georgia 30309<br>Telephone: (404) 400-3350<br>Facsimile: (404) 609-2504<br>allegra.lawrence-hardy@lawrencebundy.com<br>rod.ganske@lawrencebundy.com<br><br>***Counsel for Plaintiffs*** |

-3-

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1C of the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

Dated: October 3, 2023                   Respectfully submitted,

                                         */s/ Richard H. Deane, Jr.*
                                         Richard H. Deane, Jr.

                                         *Counsel for Plaintiffs*

-4-

## **CERTIFICATE OF SERVICE**

This is to certify that on October 3, 2023, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    Respectfully submitted,

    */s/ Richard H. Deane, Jr.*
    Richard H. Deane, Jr.

    *Counsel for Plaintiffs*