**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIC ANDRÉ AND CLAYTON ENGLISH,

Plaintiff,

v.

CLAYTON COUNTY, GEORGIA,

Defendant.

CIVIL ACTION NO. 1:22-CV-04065-MHC

**JOINT MOTION FOR A STAY PENDING SETTLEMENT**

Plaintiffs Eric André and Clayton English and Defendant Clayton County, Georgia hereby file this Joint Motion to Stay Pending Settlement, and as grounds therefore state:

1. The parties have reached an agreement to settle this action (the "Settlement Agreement"), subject to approval by the Clayton County Board of Commissioners (the "Board"). The parties request a stay in this case of 60 days to allow time for the Board to review the Settlement Agreement and for the parties to complete certain actions required under the Settlement Agreement prior to the dismissal of the action.

2. The Settlement Agreement contemplates that the parties will file a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. The requested 60-day stay will allow time for the Board to review the settlement terms and for the parties to effectuate the resolution of this case without expending unnecessary resources on discovery.

4. A proposed order is attached as Exhibit A.

5. The parties will alert the Court in the event that the Board declines to approve the Settlement Agreement.

WHEREFORE for the reasons stated above, Plaintiffs Eric André and Clayton English and Defendant Clayton County, Georgia respectfully request a stay of the action for 60 days to allow time for the Board to review the Settlement Agreement and for the parties to complete certain actions required under the Settlement Agreement prior to the filing of a joint stipulation of dismissal of the action.

Respectfully submitted this 24th day of July, 2026.

*/s/ Janine Cone Metcalf*
Richard H. Deane, Jr.
(Georgia Bar No. 214875)
rhdeane@jonesday.com
Janine Cone Metcalf
(Georgia Bar No. 503401)
jmetcalf@jonesday.com
Ariel Pinsky
(Georgia Bar No. 134293)
apinsky@jonesday.com
Nicholas Lewis
(Georgia Bar No. 132140)
nlewis@jonesday.com
Chantal Wynter-Jackson
(Georgia Bar No. 677378)
cwynterjackson@jonesday.com
**JONES DAY**
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Peter C. Canfield
(Georgia Bar No. 107748)
pccanfield@gmail.com
CANFIELD LAW LLC
34 Inman Circle NE
Atlanta, GA 30309
Telephone: (678) 296-5413

*/s/ A. Ali Sabzevari*
Jack R. Hancock
(Georgia Bar No. 322450)
jhancock@fmglaw.com
A. Ali Sabzevari
(Georgia Bar No. 941527)
asabzevari@fmglaw.com
Xander D. Melnick
(Georgia Bar No. 556228)
xdmelnick@fmglaw.com
**FREEMAN MATHIS**
**& GARY, LLP**
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Telephone: (404) 366-1000
Facsimile: (404) 361-3223

***Counsel for Defendant***

Allegra J. Lawrence-Hardy
(Georgia Bar No. 439797)
lawrence@khlawfirm.com
Rodney J. Ganske
(Georgia Bar No. 283819)
ganske@khlawfirm.com
**KREVOLIN HORST, LLC**
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone: (404) 400-3350

Barry Friedman (Pro Hac Vice)
barry.friedman@nyu.edu
Nancy Glass (Pro Hac Vice)
nancy.glass@nyu.edu
**THE POLICING PROJECT**
**AT NYU SCHOOL OF LAW**
Washington Square Legal Services,
Inc.
40 Washington Square South, Ste 302
New York, NY 10012
Telephone: (212) 992-6950

***Counsel for Plaintiffs***

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Times New Roman 14-point font.

Dated: July 24, 2026

*/s/ Janine Cone Metcalf*
Janine Cone Metcalf

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing JOINT MOTION FOR A STAY PENDING SETTLEMENT on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: July 24, 2026

*/s/ Janine Cone Metcalf*
Janine Cone Metcalf