# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIC ANDRÉ and CLAYTON ENGLISH,

Plaintiffs,

v.

CLAYTON COUNTY, GEORGIA,

Defendant.

CIVIL ACTION NO.
1:22-cv-04065-MHC

**[PROPOSED] ORDER GRANTING A STAY PENDING SETTLEMENT**

Having reviewed the Joint Motion For A Stay Pending Settlement (the "Joint Motion"), the Court orders that this action shall be stayed for 60 days to allow time for the Clayton County Board of Commissioners to review the proposed settlement agreement and for the parties to complete certain actions required under the agreement prior to the filing of a joint stipulation of dismissal of the action.

IT IS SO ORDERED this ____ day of ______________________, 2026.

______________________________
Hon. Mark H. Cohen
United States District Judge