**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIC ANDRÉ AND CLAYTON ENGLISH,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON COUNTY, GEORGIA,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-CV-04065-MHC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiffs' voluntarily dismissal of this action with prejudice, thus concluding this action. The parties agree that each side will bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 14th day of August, 2026.

*/s/ Janine Cone Metcalf*
Richard H. Deane, Jr.
(Georgia Bar No. 214875)
rhdeane@jonesday.com
Janine Cone Metcalf
(Georgia Bar No. 503401)
jmetcalf@jonesday.com
Ariel Pinsky
(Georgia Bar No. 134293)
apinsky@jonesday.com
Nicholas Lewis
(Georgia Bar No. 132140)
nlewis@jonesday.com
Chantal Wynter-Jackson
(Georgia Bar No. 677378)
cwynterjackson@jonesday.com
**JONES DAY**
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Peter C. Canfield
(Georgia Bar No. 107748)
pccanfield@gmail.com
CANFIELD LAW LLC
34 Inman Circle NE
Atlanta, GA 30309
Telephone: (678) 296-5413

*/s/ A. Ali Sabzevari*
Jack R. Hancock
(Georgia Bar No. 322450)
jhancock@fmglaw.com
A. Ali Sabzevari
(Georgia Bar No. 941527)
asabzevari@fmglaw.com
Xander D. Melnick
(Georgia Bar No. 556228)
xdmelnick@fmglaw.com
**FREEMAN MATHIS**
**& GARY, LLP**
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Telephone: (404) 366-1000
Facsimile: (404) 361-3223

***Counsel for Defendant***

Allegra J. Lawrence-Hardy
(Georgia Bar No. 439797)
lawrence@khlawfirm.com
Rodney J. Ganske
(Georgia Bar No. 283819)
ganske@khlawfirm.com
**KREVOLIN HORST, LLC**
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone: (404) 400-3350

Barry Friedman (Pro Hac Vice)
barry.friedman@nyu.edu
Nancy Glass (Pro Hac Vice)
nancy.glass@nyu.edu
**THE POLICING PROJECT**
**AT NYU SCHOOL OF LAW**
Washington Square Legal Services,
Inc.
40 Washington Square South, Ste 302
New York, NY 10012
Telephone: (212) 992-6950

***Counsel for Plaintiffs***

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Times New Roman 14-point font.

Dated: August 14, 2026

/s/ *Janine Cone Metcalf*
Janine Cone Metcalf

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: August 14, 2026

/s/ *Janine Cone Metcalf*
Janine Cone Metcalf